| | |
|---|---|
| RACHEL W. DEMPSEY, SBN 310424<br>  Rachel@towardsjustice.org<br>DAVID H. SELIGMAN (*pro hac vice* forthcoming)<br>  David@towardsjustice.org<br>TOWARDS JUSTICE<br>2840 Fairfax Street, Suite 220<br>Denver, Colorado 80207<br>Telephone:     720.441.2236<br><br>SPARKY ABRAHAM, SBN 299193<br>  sparky@jubilee.legal<br>JUBILEE LEGAL<br>300 East Esplanade Drive, Suite 900<br>Oxnard, Califonia 93036-1275<br>Telephone:     805.946.0386<br><br>*Attorneys for Plaintiff BreAnn Scally* | THEANE EVANGELIS, SBN 243570<br>  TEvangelis@gibsondunn.com<br>MADELEINE F. MCKENNA, SBN 316088<br>  MMcKenna@gibsondunn.com<br>EMILY SAUER, SBN 324695<br>  ESauer@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, California  90071-3197<br>Telephone:     213.229.7000<br>Facsimile:     213.229.7520<br><br>MEGAN COONEY, SBN 295174<br>  MCooney@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, California  92612-4412<br>Telephone:     949.451.3800<br>Facsimile:     949.451.4220<br><br>*Attorneys for Defendant PetSmart LLC* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BREANN SCALLY,<br><br>        Plaintiff, on behalf of herself and all others similarly situated,<br><br>    v.<br><br>PETSMART LLC,<br><br>        Defendant. | CASE NO. 4:22-cv-06210-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO COMPEL ARBITRATION** |

**STIPULATION**

Pursuant to Civil Local Rule 6-1(b) and this Court's standing order, BreAnn Scally ("Plaintiff") and PetSmart LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed a Class Action Complaint in San Mateo Superior Court on July 28, 2022 (Dkt. 1-2, Ex. B), and served Defendant on September 19, 2022 (Dkt. 1-2, Ex. E);

WHEREAS, Defendant removed Plaintiff's Class Action Complaint to this Court on October 19, 2022 (Dkt. 1);

WHEREAS, Defendant filed a Motion to Compel Arbitration on November 23, 2022 (Dkt. 14);

WHEREAS, Plaintiff's response is currently due on December 7, 2022, and Defendant's reply on December 14, 2022;

WHEREAS, counsel for Plaintiff have recently returned from parental leave or recovered from COVID, and given the upcoming winter holidays as well as pre-existing travel plans, Plaintiff has sought and the parties have agreed to an extension of briefing deadlines;

NOW, THEREFORE, the Parties, through their undersigned counsel, hereby stipulate and agree that Plaintiff's response to the Motion to Compel shall be due on January 18, 2023, and Defendant's reply shall be due February 3, 2023, with a hearing on February 28, 2023 at 2:00 p.m., pending approval of this Court.

**IT IS SO STIPULATED.**

DATED: December 5, 2022                TOWARDS JUSTICE

                                       By: /s/ Rachel W. Dempsey
                                       
                                          Rachel W. Dempsey
                                          David H. Seligman
                                       
                                       *Attorneys for Plaintiff BreAnn Scally*

DATED: December 5, 2022                    GIBSON, DUNN & CRUTCHER LLP

By: */s/ Theane Evangelis*

    Theane Evangelis
    Megan Cooney
    Madeleine F. McKenna
    Emily Sauer

*Attorneys for Defendant PetSmart LLC*

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-3(h)(3), I, Rachel W. Dempsey, hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

By: <u>   */s/ Rachel W. Dempsey*   </u>
Rachel W. Dempsey

**[PROPOSED] ORDER**

Having reviewed the above Stipulation and Proposed Order, IT IS HEREBY ORDERED that the Court finds that good cause exists for the entry of this Order. The briefing schedule for the Motion to Compel Arbitration is as follows:

| | |
|---|---|
| **Plaintiff's response**: | January 18, 2023 |
| **Defendant's reply**: | February 3, 2023 |
| **Hearing**: | February 28, 2023 at 2:00 p.m. |

IT IS SO ORDERED.

DATED: _____          _____

                                                                                   The Hon. Yvonne Gonzalez Rogers