**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BREANN SCALLY,**<br>　　　　　Plaintiff,<br>　　v.<br>**PETSMART LLC,**<br>　　　　　Defendant. | Case No.  4:22-cv-06210-YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

In light of the pending motion to compel arbitration, the parties have requested a continuance of the initial case management conference set for March 20, 2023.  Good cause appearing, the initial case management conference is hereby **VACATED** and will be rest following the resolution of the motion to compel.  This order is not intended to be an indication as to the merits of the motion to compel.

This Order terminates Docket Number 29.

**IT IS SO ORDERED.**

Dated:  February 28, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**