| | |
|---|---|
| RACHEL W. DEMPSEY, SBN 310424<br>  Rachel@towardsjustice.org<br>DAVID H. SELIGMAN (*pro hac vice* forthcoming)<br>  David@towardsjustice.org<br>TOWARDS JUSTICE<br>2840 Fairfax Street, Suite 220<br>Denver, Colorado 80207<br>Telephone:    720.441.2236<br><br>SPARKY ABRAHAM, SBN 299193<br>  sparky@jubilee.legal<br>JUBILEE LEGAL<br>300 East Esplanade Drive, Suite 900<br>Oxnard, Califonia 93036-1275<br>Telephone:    805.946.0386 | THEANE EVANGELIS, SBN 243570<br>  TEvangelis@gibsondunn.com<br>MADELEINE F. MCKENNA, SBN 316088<br>  MMcKenna@gibsondunn.com<br>EMILY SAUER, SBN 324695<br>  ESauer@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, California  90071-3197<br>Telephone:    213.229.7000<br>Facsimile:    213.229.7520<br><br>MEGAN COONEY, SBN 295174<br>  MCooney@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, California  92612-4412<br>Telephone:    949.451.3800<br>Facsimile:    949.451.4220 |
| *Attorneys for Plaintiff BreAnn Scally* | *Attorneys for Defendant PetSmart LLC* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BREANN SCALLY,<br><br>    Plaintiff, on behalf of herself and all others similarly situated,<br><br>    v.<br><br>PETSMART LLC,<br><br>    Defendant. | CASE NO. 4:22-cv-06210-YGR<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41** |

# JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), BreAnn Scally ("Plaintiff") and PetSmart LLC ("Defendant") hereby stipulate that Plaintiff's claims are to be dismissed in their entirety. Plaintiff's claims shall be dismissed with prejudice as to her individual claims and without prejudice as to her class claims. The dismissal shall be effective upon filing of this joint stipulation.

**IT IS SO STIPULATED.**

DATED: May 8, 2025                           TOWARDS JUSTICE

                                             By: */s/ Rachel W. Dempsey*

                                             Rachel W. Dempsey
                                             David H. Seligman

                                             *Attorneys for Plaintiff BreAnn Scally*


DATED: May 8, 2025                           GIBSON, DUNN & CRUTCHER LLP

                                             By: */s/ Megan Cooney*

                                             Theane Evangelis
                                             Megan Cooney
                                             Madeleine F. McKenna
                                             Emily Sauer

                                             *Attorneys for Defendant PetSmart LLC*

**ATTESTATION**

Pursuant to Civil Local Rule 5-3(h)(3), I, Rachel W. Dempsey, hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

By: _/s/ Rachel W. Dempsey_
Rachel W. Dempsey